USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.T., *et al.*,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

1:26-cv-4892-GHW

ORDER

Plaintiffs' complaint was filed on June 9, 2026. Dkt. No. 1. A summons was issued on June 10, 2026. Dkt. No. 4. Federal Rule of Civil Procedure 4(m) states, in relevant part, that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

As the complaint was filed on June 9, 2026, the ninety-day period for service expired on September 8, 2026 because the ninetieth day fell on September 7, 2026, a legal holiday. *See* Fed. R. Civ. P. 6(a)(1)(C). As of September 10, 2026, there was no indication on the docket that Defendant had been served. Accordingly, the Court ordered Plaintiffs to show cause by September 14, 2026 as to why this action should not be dismissed for failure to serve process in the time allotted by Rule 4(m). Dkt. No. 6.

As of the date of this order, Plaintiffs have not responded to the Court's order to show cause or filed proof of service. Accordingly, the Court dismisses Plaintiffs' claims against Defendants pursuant to Rule 4(m) without prejudice.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: September 15, 2026
New York, New York

GREGORY H. WOODS
United States District Judge